EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Para enmendar el inciso M a la Regla 28 de las Reglas para la Administración del Tribunal de Primera Instancia de Puerto Rico de 30 de junio de 1999 | 2000 TSPR 178 |

Número del Caso: ER-2000-07

Fecha: 21/noviembre/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO**Error! Bookmark not defined.**

Para enmendar el inciso M a
la Regla 28 de las Reglas para
la Administración del Tribunal
de Primera Instancia de Puerto
Rico de 30 de junio de 1999

RESOLUCION

San Juan, Puerto Rico a 21 de noviembre de 2000

Previa recomendación de la Directora Administrativa de los Tribunales, se enmienda el inciso M a la Regla 28 de las Reglas para la Administración del Tribunal de Primera Instancia de 30 de junio de 1999.

"Regla 28. Transcripción de la Prueba; Consignación de Honorarios e Informes de Traquigrafos.

A. ...
B. ...
C. ...
D. ...
E. ...
F. ...
G. ...
H. ...
I. ...
J. ...
K. ...
L. ...
M. La División de Cuentas realizará un informe mensual de consignaciones por grabaciones y de honorarios de transcripción.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo